[No. 14240-2-I. Division One. November 4, 1985.]

*In the Matter of the Personal Restraint of*
WILLIAM A. HAMPTON III, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Williams, J., concurred in by Ringold and Webster, JJ.

[Nos. 15386-2-I; 15387-1-I. Division One. November 4, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JULIE
CHRISTINE FRY, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 84-8-03089-7, Gary M. Little, J., entered August 31, 1984. *Dismissed* by unpublished per curiam opinion.

[No. 15804-0-I. Division One. November 4, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. GILBERT
CAMPBELL, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 61184R150, Paul D. Hansen, J., entered October 11, 1984. *Dismissed* by unpublished per curiam opinion.

[No. 15773-6-I. Division One. November 4, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v.
SCOTT BRUNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-1-00382-5, Robert C. Bibb, J., entered December 7, 1984. *Dismissed* by unpublished per curiam opinion.